CHARLES HOLDEN v. STATE.

No. A-3455. Opinion Filed May 29, 1920.

(190 Pac. 1119.)

Appeal from District Court, Cleveland County; F. B. Swank, Judge.

Charles Holden was convicted of manslaughter in the first degree, and he appeals. Appeal dismissed, on motion of plaintiff in error, and cause remanded.

Pruiett, Sniggs & Patterson, for plaintiff in error.

The Attorney General and W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Charles Holden, was informed against for the crime of murder, alleged to have been committed on the 24th day of August, 1917, by shooting one Grover Ful-

kerson with a pistol. Upon his trial he was found guilty of manslaughter in the first degree, and his punishment fixed at imprisonment in the penitentiary for a period of four years. From the judgment rendered on the verdict he appeals. His counsel of record have filed a motion to dismiss his appeal. The motion is sustained, and the cause remanded to the trial court.